FILED

JUL 10 2008

ENTERED

JUL 10 2008

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY                    Deputy Clerk

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

In re

SOLOMON TRANSPORT SERVICE, INC.

Debtors

) CASE NO. LA 08-19794-EC
)
) Chapter 11
)
) ORDER SETTING SCHEDULING AND
) CASE MANAGEMENT CONFERENCE
)
)    DATE:    September 19, 2008
)    TIME:    11:00 A.M.
)    PLACE:   1639
)
)

PLEASE TAKE NOTICE that pursuant to 11 U.S.C. § 105(d), the Court will conduct a status conference in the above captioned case at the place and time set forth above. The purpose of the conference is to ensure the Chapter 11 case is handled expeditiously and economically by establishing certain deadlines, discouraging wasteful litigation activities and facilitating settlement of disputed matters.

CERTAIN PARTIES ARE REQUIRED TO ATTEND, AS SET FORTH BELOW. ALL INTERESTED PARTIES ARE INVITED TO ATTEND, BUT NEED NOT DO SO.

PLEASE TAKE FURTHER NOTICE that, based upon the Court's records and evidence presented at the conference, the Court may take any of the following actions at the conference (or at any continued conference) without further notice:

1.    Dismiss the case;

2.    Convert the case to one under another chapter;

3.    Order appointment of a Chapter 11 trustee;

4.    Set deadlines for filing of a proposed plan and disclosure statement by the debtor or any other interested party;

1     5.    Fix the scope and format of the notice to be provided regarding the hearing on

2           approval of the disclosure statement;

3     6.    Provide that the hearing on approval of the disclosure statement may be combined

4           with the hearing on confirmation of the plan;

5     7.    Set a deadline for confirming a plan;

6     8.    Set deadlines for compliance with reporting and other Chapter 11 debtor in

7           possession requirements;

8     9.    Set deadlines for assuming or rejecting executory contracts or unexpired leases; or

9     10.   Refer matters to mediation.

10

11         IT IS HEREBY ORDERED that the debtor or its principal officer, the debtor's counsel and

12    any other persons who assisted in the preparation of the bankruptcy petition and related schedules

13    and statement of financial affairs, shall appear in person at the status conference.

14

15         IT IS FURTHER ORDERED that at least fourteen (14) days before the status conference,

16    the debtor is required to file a Case Status Conference Report and serve it on the United States

17    Trustee, all secured creditors, the official unsecured creditors' committee and its counsel (or on the

18    twenty largest unsecured creditors if no committee has been appointed), and any parties that have

19    requested special notice.  The Case Status Conference Report shall include the following:

20    1.    A brief description of the debtor's business, if any, and the principal assets and

21          liabilities of the estate.

22    2.    A brief answer to these questions:

23          a.    what precipitated the bankruptcy filing;

24          b.    what the debtor hopes to accomplish in the Chapter 11 case;

25          c.    what are the principal disputes or problems to be resolved; and

26          d.    what is the best method to resolve those disputes or problems expeditiously

27                and cost-effectively.

28    3.    Identification of all professionals retained by or intended to be retained by the estate

- 2 -

and a budget for their estimated services and expenses.

4.    Identification of and accounting for all post-petition cash collateral pursuant to 11 U.S.C. §§ 361 and 363, specifically including any written consents or court orders governing its permitted use.

5.    Evidence of full compliance with Rule 1007 of the Federal Rules of Bankruptcy Procedure regarding the filing of schedules and statements of affairs and with all reporting and administrative requirements established by the United States Trustee.

6.    In operating cases, evidence regarding the debtor's financial history for the two years before the bankruptcy filing, including actual income and expenses for the most recent six-month period.

7.    In operating cases, evidence regarding projected income and expenses for the first six months of the case.

8.    Proposed deadlines for filing:

    a.    Claims;

    b.    Objections to claims;

    c.    Avoidance actions; and

    d.    Plan of reorganization and disclosure statement.

IT IS FURTHER ORDERED that unless the Court orders otherwise upon motion by the debtor or other interested party, all plans and disclosure statements filed in this case shall be prepared in accordance with the current form Chapter 11 Disclosure Statement and form Chapter 11 Plan approved by the Court for use in this District.

DATED:    7/10/2008

Ellen Carroll
United States Bankruptcy Judge

- 3 -